IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MAXIS MICHAEL RICHARDS**                                                                                      **PLAINTIFF**

V.                                              **CASE NO. 2:25-CV-2102**

**MATIONAL SECURITY AGENCY**                                                                                **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Motion to Proceed IFP (Doc. 3) is **DENIED**; Plaintiff's Motion for "Material Change and Emergency Request for Protective Relief" (Doc. 6) is **DENIED**; Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**; and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 27th day of October, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE